UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI A. AHO,

        Plaintiff,

-vs-

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

CASE NO. 06-CV-13701

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE

### ORDER
### (1) ADOPTING THE MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATION; AND (2) REMANDING THE MATTER TO THE COMMISSIONER OF SOCIAL SECURITY

Before the Court are Defendant's November 28, 2007 Objections to the Magistrate Judge's November 14, 2007 Supplemental Report and Recommendation denying Defendant's Motion for Summary Judgment, granting Plaintiff Lori A. Aho's ("Plaintiff") Motion for Summary Judgment, and remanding the matter to the Commissioner of Social Security. On December 11, 2007, Plaintiff filed a Response to Defendant's Objections.

Having reviewed Defendant's Objections, and conducting a *de novo* review of the supplemental R&R pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1), the Court finds that Magistrate Judge correctly stated the pertinent facts and the properly applied the law to the case.

Accordingly, the Court hereby:

(1)     **ADOPTS** the Magistrate Judge's Supplemental Report and Recommendation; and

1

(2) **REMANDS** the matter to the Commissioner of Social Security.

**SO ORDERED.**

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: December 18, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 18, 2007.

s/Denise Goodine  
Case Manager